UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-20018 CR-MOORE
21 USC 952(a)
21 USC 841(a)(1)

UNITED STATES OF AMERICA

v.

JOSE R. NICARAGUA
_____/



### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about January 3, 2002, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**JOSE R. NICARAGUA,**

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, five hundred grams or more of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Sections 952(a) and 960(b)(2).

### COUNT II

On or about January 3, 2002, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**JOSE R. NICARAGUA,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, five hundred grams or more of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
WIFREDO A. FERRER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

02-20018 CR-MOORE

UNITED STATES OF AMERICA         CASE NO. _____

v.                               **CERTIFICATE OF TRIAL ATTORNEY***

JOSE R. NICARAGUA                **Superseding Case Information:**

**Court Division**: (Select One)     New Defendant(s)        Yes ___   No ___
                                     Number of New Defendants   ___
 x   Miami   ___ Key West            Total number of counts     ___
___  FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) __Yes__
   List language and/or dialect   __Spanish__

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days        __x__             Petty       ____
   II   6 to 10 days       ____              Minor       ____
   III  11 to 20 days      ____              Misdem.     ____
   IV   21 to 60 days      ____              Felony      __x__
   V    61 days and over   ____

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __Yes__
   If yes:
   Magistrate Case No. __02-2007-BLG__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of __01/03/02__
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes __x__ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes __x__ No

                                    _____
                                    WIFREDO A. FERRER
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Florida Bar No. 0887005

*Penalty Sheet(s) attached                                     REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

02-20018 CR-MOORE

Defendant Name: JOSE R. NICARAGUA       Case No. _____

MAGISTRATE JUDGE
O'SULLIVAN

| Count #: I |
|---|
| 21 USC 952(a)/Importation of Cocaine |
| *Max Penalty: 40 Years' Imprisonment |
| |

| Count #: II |
|---|
| 21 USC 841(a)(1)/Possession with the Intent to Distribute Cocaine |
| *Max Penalty: 40 Years' Imprisonment |
| |

| Count #: |
|---|
| |
| *Max Penalty: |
| |

| Count #: |
|---|
| |
| *Max Penalty: |
| |

| Count #: |
|---|
| |
| *Max Penalty: |
| |

| Count #: |
|---|
| |
| *Max Penalty: |
| |

FILED BY
CLERK U.S.
S.D.
02 JAN 10 PM 4:15

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

GRAND JURY INDICTMENT NO. 05-MCN-604

No. 02-20018 CR-MOORE

MAGISTRATE JUDGE
O'SULLIVAN

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA
_____ Division

## THE UNITED STATES OF AMERICA

vs.

JOSE R. NICARAGUA

## INDICTMENT

In violation of 21 USC 952(a)
                21 USC 841(a)(1)

A true bill

_____ Foreman

FGJ 00-05 (MIA)

Filed in open court this _____ day,

of _____ A.D. _____

_____ Clerk
                        Deputy

Bail, $ _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 02-2007-GARBER

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

JOSE RAMON NICARAGUA,
        Defendant.
_____:

**ORDER ON DEFENDANT'S MOTION TO PRESERVE EVIDENCE**

THIS CAUSE is before the Court on the defendant's motion to preserve evidence. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the defendant's motion is hereby **GRANTED**. The government shall preserve and shall immediately direct its agents to preserve all of the alleged contraband evidence in this case as well as any other personal property, documents or effects of the defendant seized at the time of his arrest.

DONE AND ORDERED at Miami, Florida this ____8th____ day of January, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Teresa Miguel, AFPD
     United States Attorney

K:\MiguelT\Forms\Mag Clients\Nicaragua, Jose Ramon, Reg No 68140-004\Preserve.evi.male.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 02-2007-GARBER

UNITED STATES OF AMERICA,
Plaintiff,

vs.

JOSE RAMON NICARAGUA,
Defendant.
_____:



NIGHT BOX FILED
JAN 0 7 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

**DEFENDANT'S INVOCATION OF RIGHTS TO SILENCE AND COUNSEL**

The defendant named above does hereby invoke his or her rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters

relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Teresa Miguel
Assistant Federal Public Defender
Special Attorney Bar No. A5500540
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000, ext. 142
(305) 536-4559, fax

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing instrument was mailed the 9th day of January 2002, to the United States Attorney's Office, 99 NE 4th Street, Miami, FL 33132-2111.

By: _____
Teresa Miguel

K:\MiguelT\Forms\Mag Clients\Nicaragua, Jose Ramon, Reg No 68140-004\Invocati.mot.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 02-2007-GARBER

UNITED STATES OF AMERICA,
Plaintiff,

vs.

JOSE RAMON NICARAGUA,
Defendant.
_____:

NIGHT BOX FILED
JAN 0 ? 2002

CLARENCE [illegible]
CLERK, USDC [illegible]

**DEFENDANT'S MOTION TO PRESERVE EVIDENCE**

The defendant through counsel and pursuant to Rule 16 of the Federal Rules of Criminal Procedure, moves for an order directing the government to preserve and to immediately direct its agents to preserve all of the alleged contraband evidence in this case in addition to all items of personal clothing and effects that were in the actual or constructive possession of the defendant at the time of his arrest. In support of this motion, undersigned counsel represents as follows:

1. The defendant has been charged with importation of and possession of with intent to distribute illegal drugs.

2. The defendant was arrested at Miami International Airport after disembarking from an airplane which arrived from abroad. Upon the defendant's arrest, all of his baggage and personal property were seized and taken from him.

3. It is necessary that all the alleged contraband in this case rather than just a representative sample be preserved so that the defendant has the opportunity to have an independent weighing of the contraband to confirm its exact weight.

4. It is also necessary that all items that "were obtained from or belonged" to the



defendant be preserved to permit authorized discovery. *See* Federal Rule of Criminal Procedure 16 and the Standing Discovery Order. *See also United States v. Rodriguez,* 799 F.2d 649, 652 (11th Cir. 1986). Documents, packaging, suitcases and items of clothing seized from the defendant are material to the preparation of the defense as they may play an important role in uncovering admissible evidence, aiding in witness preparation or assisting in impeachment. *See United States v. Felt*, 491 F. Supp. 179 (D.D.C. 1979).

5. Furthermore, preservation of all personal property in the defendant's possession at the time of his arrest and seized from or taken from him in connection with the charges against him is necessary to the defense as that personal property may well be evidence of his lack of specific intent to import and/or to distribute drugs.

WHEREFORE, the defendant respectfully requests this Court to enter an order directing the government to preserve and to immediately direct its agents to preserve all of the alleged contraband evidence in this case as well as any personal property, documents or effects that were in the defendant's actual or constructive possession at the time of his arrest.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Teresa Miguel
Assistant Federal Public Defender
Special Attorney Bar No. A5500540
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000, Ext. 142
(305) 536-4559, Fax

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 5th day of January, 2002 to the United States Attorney, 99 Northeast 4th Street, Miami, Florida 33132-2111.

_____
Teresa Miguel

K:\MiguelT\Forms\Mag Clients\Nicaragua, Jose Ramon, Reg No 68140-004\Preserve.evi.male.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02 - 2007 - Garber

UNITED STATES OF AMERICA

   Plaintiff,

v.

JOSE R. NICARAGUA

   Defendant.

**ORDER ON INITIAL APPEARANCE**
Language _Spanish_
Tape No. 02C-2-857
AUSA _Jose R Nicaragua_
AGENT USCS/ROBERT HAMMER
(786) 265-7401
DOB : 05/06/75        #68140-004

The above-named defendant having been arrested on 01/03/02 having appeared before the court for initial appearance on 01/04/02 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code:_____ Telephone:_____
2. _AFPD: T. Miguel_ appointed as permanent counsel of record.
   Address:_____
   Zip Code:_____ Telephone:_____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____, 2002.
4. (Arraignment)/Preliminary/Removal/Identity hearing is set for 10am Jan 18, 2002.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
   - A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am _____, 2002.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   _$250,000 CSB w/ Neghua_
   _no hearing held_ This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
   __a. Surrender all passports and travel document to the Pretrial Services Office.
   ✓b. Report to Pretrial Services as follows: 2 times a week by phone, 2 time a week in person; other: _Remain SDFL_
   _c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
   __d. Maintain or actively seek full time gainful employment.
   __e. Maintain or begin an educational program.
   __f. Avoid all contact with victims of or witnesses to the crimes charged.
   __g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
   __h. Comply with the following curfew: _____

<u>JOSE R. NICARAGUA</u>

___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:
_____
_____

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is __
_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u>, this __4th__ day of __JANUARY__ 2002.

**BARRY L. GARBER**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation

CASE NUMBER 02-2007-Garber

INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE Spanish

DEFENDANT(S) JOSE R. NICARAGUA

_____

_____

_____

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-2007-BLG

**UNITED STATES OF AMERICA**

vs.

**JOSE R. NICARAGUA,**

      **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999?  ___ Yes   _X_ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999?  ___ Yes   _X_ No

          Respectfully submitted,

          GUY A. LEWIS
          UNITED STATES ATTORNEY

BY: _____
          WIFREDO FERRER
          ASSISTANT UNITED STATES ATTORNEY
          Florida Bar Number 0887005
          99 N. E. 4th Street
          Miami, Florida  33132-2111
          TEL (305) 961-99307
          FAX (305) 530-7976
          E-MAIL ADDRESS: wifredo.ferrer@usdoj.gov

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

JOSE R. NICARAGUA

(Name and Address of Defendant)

CRIMINAL COMPLAINT

CASE NUMBER: 02-2007-BLG

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 3, 2002 at Miami-Dade County in the Southern District of Florida and elsewhere, the defendant did knowingly and intentionally import into the United States from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a); and did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

I further state that I am a Special Agent and that this complaint is based on the following facts:

On or about January 3, 2002, at approximately 6:40 p.m. the defendant, JOSE R. NICARAGUA, arrived at the Miami International Airport aboard American Airlines, Flight #930 from Guatemala City, Guatemala. After being admitted into the United States by the Immigration and Naturalization Service, the defendant presented himself and his luggage to the U.S. Customs Service for examination. During a secondary examination of his luggage U.S. Customs Inspectors discovered three packages concealed within a false lining of his suitcase containing a white powdery substance. A field test of white powdery substance proved positive for the presence of cocaine. The estimated weight of cocaine found is 3.64 pounds.

Signature of Complainant
SPECIAL AGENT ROBERT HAMMER, USCS
01/04/2002

Sworn to before me, and subscribed in my presence,

January 4, 2002                                       at Miami, Florida
Date                                                  City and State

The Honorable Barry L. Garber
United States Magistrate Judge
Name and Title of Judicial Officer                    Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plantiff<br><br>V.S.<br><br>JOSE R. NICARAGUA<br>Defendant | Case Number: CR 02-2007-Gather<br><br>REPORT COMMENCING CRIMINAL ACTION<br><br>68140.007 |

TO: Clerk's Office, U.S. District Court:   (Miami)   Ft. Lauderdale   W. Palm Beach

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A"

(1) Date and Time of Arrest: 01-03-02   1850
(2) Language Spoken: ENGLISH/SPANISH
(3) Offense(s) Charged: 21USC952-UNLAWFUL IMPORTATION OF NARCOTICS
    21USC841(A)-POSSESSION W/INTENT TO DIST. NARCOTICS
(4) U.S. Citizen:   ( ) Yes     X No     ( ) Unknown
(5) Date of Birth: 05-06-75
(6) Type of Charging Document: (Circle One)
    ( ) Indictment     X Complaint     (X) To Be Filed     ( ) Already Filed

Case #: _____
( ) Bench Warrant for Failure to Appear
( ) Probation Violation Warrant
( ) Parole Violation Warrant

Originating District:
COPY OF WARRANT LEFT WITH BOOKING OFFICER: ( ) Yes     ( ) No

Amount of Bond: $_____   Who Set Bond?_____

(7) Remarks:_____
(8) Date: 01/03/02
(9) Arresting Officer: S/A ROBERT HAMMER
(10) Agency: U.S. Customs Service
(11) Telephone #: (786) 265-7401
(12) Comments:_____